**Jeffrey T. LAWSON, Plaintiff–Appellant,**

v.

**Amanda DAVIS, Nurse; Lee Nobles, Director of S.W.V.R.J.A. and owner of all regional jails of Virginia, Defendants–Appellees.**

No. 08–6766.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 28, 2008.

Jeffrey T. Lawson, Appellant Pro Se.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey T. Lawson appeals the district court order dismissing without prejudice his civil rights complaint because he failed to exhaust administrative remedies. We have reviewed the record and the district court memorandum opinion and affirm for the reasons cited by the district court. *See Lawson v. Davis,* No. 7:08–cv–00288–jct–mfu, 2008 WL 1885813 (W.D.Va. Apr. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*